624

 Heard in the second division of this court for the first district at the December term, 1934. Opinion filed May 24, 1935.

Barbara A. Fisher and Ferdinand J. Karasek, for appellants. Louis T. Herzon, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

Ilona Jancsik and Joe Jancsik, appellees, v. Sovereign Camp of the Woodmen of the World, appellant. Gen. No. 37,922.

 Heard in the second division of this court for the first district at the December term, 1934. Opinion filed May 24, 1935.

Ekern & Meyers, for appellant; William E. Mooney, of counsel. Frank C. Hill, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

Harry Fraiman, appellant, v. Gonnella Baking Company, appellee. Gen. No. 37,714.

 Heard in the second division of this court for the first district at the October term, 1934. Opinion filed May 24, 1935. Rehearing denied and opinion slightly modified June 5, 1935.

Louis T. Herzon, for appellant. Joseph H. Hinshaw, for appellee; Oswell G. Treadway, of counsel.

Mr. Justice Sullivan delivered the opinion of the court.

Edith C. Shambaugh, appellee, v. Dan U. Cameron, appellant. Gen. No. 37,792.

 Heard in the second division of this court for the first district at the October term, 1934. Opinion filed May 24, 1935.

Judah, Reichmann, Trumbull, Cox & Stern, for appellant. McGilvray, Eames, Vaughan & Tilley, for appellee.

Mr. Justice Sullivan delivered the opinion of the court.

Irwin S. Maze, appellant, v. Robert H. Gore et al., defendants. Howard F. Bishop, appellee. Gen. No. 37,849.

 Heard in the second division of this court for the first district at the October term, 1934. Opinion filed May 24, 1935.

Clarence A. Snyder, for appellant. Jerome J. Sladkey, for appellee; Lewis D. Wilson, of counsel.

Mr. Justice Sullivan delivered the opinion of the court.